IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELBERT BROWN,

      Petitioner,                    No. 2:12-cv-0217 GGH P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

      Respondent.                <u>ORDER</u>

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed a motion to dismiss on April 2, 2012, but petitioner has not filed an opposition or otherwise communicated with the court. Petitioner shall file an opposition within 14 days of the date of service of this order; otherwise it will be recommended that this case be dismissed.

DATED: May 23, 2012

                          /s/ Gregory G. Hollows
                      UNITED STATES MAGISTRATE JUDGE

GGH: AB
brow0217.ord